UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSHUA TIMOTHY RODGERS, )<br>)<br>Defendant. )<br>) | NO. CR10-5038RJB<br><br>ORDER DISMISSING CASE |

The Court, having reviewed the government's Motion to Dismiss hereby grants the motion. Defendant shall be immediately released under this cause number.

DATED this 31st day of October, 2011.

_Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:
s/ Jill Otake
JILL OTAKE
Assistant United States Attorney

Approved Orally by:
Miriam Schwartz
Attorney for Defendant

U.S. v. Rodgers/Order Dismissing Case - 1
No. CR10-5038RJB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800